**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAMELUS EZECHIEL PETIT-BOIS,

    Plaintiff**,**

vs.                                                             CASE NO. 3:06-cv-261-J-32MCR

A TO Z EXPRESS OF NH, INCORPORATED,
a foreign corporation for profit,

    Defendant.

## ORDER

This case is before the Court on Defendant A to Z Express of NH, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 3), to which the plaintiff filed a response in opposition (Doc. 7). At the undersigned's request, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 10), which recommends that the motion to dismiss be denied. Defendant filed objections to the Report and Recommendation (Doc. 11) and the plaintiff filed a response (Doc. 14). Contrary to defendant's objection, the Magistrate Judge has made no liability findings in the Report and Recommendation. He has simply concluded that the allegations of the complaint, combined with the plaintiff's jurisdictional evidence, are sufficient to establish personal jurisdiction over defendant. Upon independent review, the undersigned agrees. It is hereby

**ORDERED:**

1.     Defendant A to Z Express of NH, Inc.'s Objections to the Report and Recommendation (Doc. 11) are **OVERRULED** and the Report and Recommendation issued

by the Magistrate Judge (Doc. 10), as supplemented by this Order, is **ADOPTED** as the opinion of the Court.

2.  Defendant A to Z Express of NH, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 3) is **DENIED.**

3.  Defendant must answer the complaint by **June 16, 2006.**

**DONE AND ORDERED** at Jacksonville, Florida, this  24th   day of May, 2006.

TIMOTHY J. CORRIGAN
United States District Judge

m.
Copies to:
    Honorable Monte C. Richardson
    United States Magistrate Judge

    Counsel of Record